DAN H. COOPER, BAR NO. 004900
Attorney for Defendant
136 W. Simpson Street
Tucson, AZ 85701
(520) 770-1414
dcooper@cooperudall.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-12-0170-TUC-RCC-BPV |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **SENTENCING** |
| | ) | **MEMORANDUM** |
| ANDREW CLARK CRAWFORD, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Andrew Crawford hereby respectfully submits his Sentencing Memorandum.

Respectfully submitted this 12th day of October, 2012.

By  s/ Dan H. Cooper
Dan H. Cooper

SENTENCING MEMORANDUM

I.      INTRODUCTION

Andrew Crawford is scheduled to be sentenced by this court on October 17, 2012. Andrew faces, pursuant to the plea agreement, between 60 and 120 months.  There are multiple reasons why 60 months is the appropriate sentence.

Sentencing in sex cases is difficult. Sentencing in sex cases involving children is even more difficult.  In Andrew's case, the charge and plea involve two highly emotional types of crimes: child pornography and indecent exposure.  Even though Andrew pled guilty in this case solely to the child pornography charge, he has previously been convicted of indecent exposure and that conviction figured heavily in the pre-sentence report. As set forth below, based on Andrew's life history, the psychosexual examination, and multiple other factors, a mitigated sentence provides both punishment and the opportunity for rehabilitation.  This letter will consist of two sections.  The first details Andrew and his life while the second discusses the offense and its repercussions.

II.      ANDREW CRAWFORD

The outpouring of affection for Andrew Crawford, as shown in the letters I have attached to this memorandum, speaks volumes.  A brief sampling of what friends and family say about Andy includes:

"A very kind, well-behaved student"

"Studious, thoughtful, kind to all"

"Very respectful and honest and very kind to those he was around"

"Hard working, respectful and patriotic"

"very polite, good-humored, and pleasant young man"

"A good, kind and helpful grandson"

Prior to entering the military at age 18, Andrew Crawford was a small town, church-going boy who, by all appearances, was headed for a happy, uneventful, productive life. That has changed.   Appearances were deceptive.  Andrew is mentally ill and has been for a long time.  He needs help.  He is, as described above, kind and caring.  But the demons of his mental problems have controlled his life.

The psychosexual evaluation conducted in this case describes an anxiety disorder as well as depressed mood.   A generalized anxiety disorder, despite its innocuous sound, is serious.  People with anxiety disorder have a variety of debilitating symptoms include sleep disturbance, being easily fatigued, difficulty concentrating, and muscle tension. The anxiety is difficult to control without medication.   Additionally, Andy has a dependent personality disorder, which makes him fearfully dependent and socially anxious.  His life, in other words, has for many years been a struggle to maintain the facade of normalcy.

Medication can help Andy.  But of greater importance is the full and unstinting support of his family and friends.  The community from which he comes is close-knit and devoted. Andy's parents are hard working, caring people who, though shocked by his behavior, will do anything to help him.  Similarly, the friends and neighbors who saw him grow up will provide any support necessary once Andy leaves custody.  This all-encompassing support is a tremendous predictor of success as Andy attempts to overcome his demons.

One of the salient features that stands out in the psychosexual evaluation is Andy's honesty.  That honesty is reflected in his answers to the polygraph examiner as well as his

responses to the psychologist who conducted the exam.  That psychologist pointed out in the report that honesty in facing such problems is a critical step in recovery.  Andy realizes the depth of his problems.  He is honest about them.  His letter to you reflects that honesty and demonstrates that this is a young man who will do anything to be better. What is truly tragic about Andy is that he has enormous potential that has not been realized.  He joined the Air Force both because of his desire to serve his country and to be trained in an area, airplane mechanics, he found fascinating.  He is bright enough to be able to achieve many things.  Andrew's IQ is 113, well above average, and he has the ability to succeed in a wide variety of areas.  Moreover, his intelligence allows him, as stated in the psychosexual exam, "to realize the need for help and is aware of his own inability to entirely control" the demons that plague him.  His intelligence and honesty provide him with the insight to know how badly he needs help and the motivation to get it.

THE OFFENSE

Although Andrew has pled guilty to child pornography, his prior history of indecent exposure is a factor in assessing him.  The indecent exposure, as explained in the psychosexual examination, is likely in part the product of lifelong depression and anxiety. Andrew has been isolated and lonely most of his life.  He has a "moderately severe mental disorder."  And although he claims never to have been the victim of sexual abuse, an older sibling and older cousin engaged him in sexual play when he was only seven years old.  The indecent exposure in some ways "stems from…anticipated rejection."  It is very treatable according to the report.

Any judge sentencing a defendant for a child pornography charge considers whether or not the viewing of the images is a precursor to actual touching, molesting or sexual abuse.  Although research is ongoing in that area, there is ample evidence that individuals who possess child pornography do not represent a high risk of recidivism and do not have florid or violent criminal histories.  Endrass, J, Urbaniok, F., Hammermeister, L., Benz, C., Elbert, T., Lanburcher, A., and Rosseggen, A. (2009) "The Consumption of Internet Child Pornography and Violent and Sex Offending." *BMC Psychiatry, 9:43*.  Consuming child pornography is not a risk for committing hands-on sex offenses, at least not for those subjects who have never committed a hands-on sex offense.  Endrass, et al.  There is likely a distinct group of online-only offenders who are a low risk for committing contact sexual offenses in the future. Seto, M, et al. (March 2011) "Contact sexual offending by men with online sexual offenses." *Sexual Abuse: Journal of Research and Treatment*, Vol. 23(1) pp. 124-145.

The key, of course, for all sex offenders, is not only treatment but the motivation to succeed in treatment.  The insight to understand the depth and seriousness of the problems is also a factor.  Medication and long-term therapy can assure both the court and public that a defendant is less likely to reoffend.  The honesty of the defendant adds to his chances of success as does his constellation of support.  But in no way does the fact of a child pornography conviction indicate that the defendant will commit a hands-on offense.

CONCLUSION

There are multiple mitigating factors in this case.  Andrew Crawford is a young man where life may be salvaged.  The mitigation factors are as follows:

1. Andrew's family support is enormous, unstinting and unwavering.  When he gets out of prison he will be provided with the assistance, help and support to allow him to overcome his problems.

2. Andrew is motivated to change.  His honesty with the psychosexual examiner is a certain sign that his motivation is sincere.  Motivation, as any psychologist or psychiatrist will attest, is a critical factor in treatment and, eventually, in change.

3. Andrew suffers from mental illness.  It is clear from the psychosexual examination that his "moderately severe mental disorder" is not new.  He has no doubt suffered from it for much of his life without realizing its depth or seriousness.  With medication and therapy Andrew will be able to battle his illness.

4. Prior to the age twenty, when he was first arrested in Tucson, Andrew lived a law-abiding life.  The description of him by most of his family and friends is that of a "kind, caring, generous" young man.  His lack of criminal history and his decency as a person are mitigating factors.

5. Andrew has enormous potential.  He has a high IQ, is motivated to be a productive citizen and, with proper education and training, can be a valuable member of the community.  His potential is an important mitigating factor.

6. Andrew's remorse is sincere.  He is sorry both for the pain he has caused his family but also for the pain of the children who are the victims of child pornography.

1   The plea agreement in this case allows for a sentence of between 60 to 120 months.  The

2   probation department recommends 97 months.  Based on the multiple mitigation factors

3   60 months is enough time to assure the protection of the public, provide adequate

4   punishment, and allow Andrew time to hopefully receive in prison the counseling and

5   therapy he needs.  Five years is not a short time.  It is consistent with other sentences in

6   this district for this offense.   Andrew Crawford is motivated to change and ready to

7   accept his punishment.  Sixty months is appropriate and sufficient.

8

9           Respectfully submitted this  12th  day of October, 2012.

10                      By  s/ *Dan H. Cooper*

11                          Dan H. Cooper

12

13

14

15

16

17

18

19

20

21

22

23

24

25