To the Honorable Judge Collins,

    It is my intention with this letter to show you that I am sorry for my behavior that has resulted in prosecution and that I am willing and capable of changing.

    To start with I want to point out that I cooperated with the investigation from the begining. Also it was not my intention to break the law, I just didn't realize how serious and how disturbing my behavior was. I knew it wasn't right but I thought I could control it myself without telling anyone else about it, because I was ashamed of what I was doing. I realize now how disturbing child-pornography is and that the type of behavior which I exhibited has the tendency to progress to much worse behavior. It scares me to think that had my behavior been allowed to continue I might have irreparably harmed a child. I am not a violent person and I just never thought myself capable of such a thing. Prison is the lowest and scariest point in my life, but at least I was caught before my behavior got worse.

    Now that everything is out in the open and I can't hide it anymore, I am forced to face my behavior and deal with this problem that I have. I am very thankfull to have the support of my family and friends which will be a big factor in my recovery. My parents have already been looking into treatment centers where I can get help when I get out of prison, and I am hopefull in getting the help I need and moving on with my life.

    I realize that I will have to live with the consequences of my actions for the rest of my life, but I believe that the sooner I can get help, the easier it will be to move on with my life.

    Thank You for your consideration.

    - Andrew Crawford

Julie Nelson
13 Shoshone River Dr
Cody, WY 82414
T (307)587-1445
kirknjulie@msn.com

July 25, 2012

Dear Honorable Raner Collins,

I am Julie Nelson, former elementary school teacher to Andy Crawford. Andy was a very kind, well-behaved student. He never gave me any trouble.

I remember him loving airplanes and rockets, and was not surprised when he chose a military career.

I was horrified and saddened to hear of the things Andy became involved in, and the consequences that he is suffering because of his poor choices.

I know Andy's family personally, and I know that they will come along side him and provide accountability for him to avoid any reoffending of his crimes. They intend to get him all of the help he needs to break free of this stronghold.

I am asking for you show leniency toward Andy, as this is his first offense, and very out of character from what I know of him and his upbringing. I know the lost career, and disappointment of his family has been devastating. I know that he and his support system are very motivated to seek counsel for healing of this young man.


Sincerely yours,


Julie Nelson

196 Diamond Basin Rd.
Cody, WY 82414
July 20, 2012

Dear Honorable Raner Collins:

    I am a cousin by marriage to Andrew Crawford and have known him since he was a young toddler. I am an elementary teacher grades K-5 in a one-room schoolhouse and began my career in 1976.

    Andrew has always been quiet, studious, thoughtful, kind to all, and respectful to adults. He possesses a quick wit, adding laughter to our numerous family gatherings. He was law-abiding growing up and stayed away from drugs, alcohol, and kid/teenage problems. He cherished God, his country, and his family.

    I was shocked upon learning of his incarceration! This is NOT the Andy I knew. He _LOVED_ serving his country and was working towards becoming a pilot. He had dreams that came shattering down around him. His family and friends were also wounded by his dreadful actions. I am heartsick and saddened by the course his life has taken. This is NOT the sweet, innocent, whimsical, bright, loving, young man I know.

    Andrew has a very strong family, church, and friendship base. I know he wants to turn his life around in the right direction. Andy's parents, Clayton and Jenna Crawford, will ensure that he gets the necessary help. They are determined and stalwart in their desire to see their son in a treatment program, trying to ensure that he does not repeat the same offences.

    Thank you for your consideration in reviewing Andrew's case. I know he has made terrible mistakes and needs to pay for his actions. He has impacted many lives by his actions. Justice needs to be served. But I also know that he has the desire to turn his life around with help from the many of us who love him.

Respectfully,

Leah Andren
Leah Andren
(307) 899-4121

MELVIN W ANDREN
July 20-2012

Dear Honorable Raner Collins

I'm Melvin W Andren, 3rd cousin to Andrew Crawford, and I'm writting on behalf of Andrew Crawford.

I've known Andrew during his formative years and early on only knew of his polite demeanor and in my opinion his Academic "stick-to-it," manner

I was amazed to Andrew's involvement in these latent sex crimes.

I'm confident having known Jenna Crawford all her life and Clayton for 30 year, that they will aid in Andrew's recovery after prison to the best of thier Financial and mental ability.

Signed  Melvin W Andren

Melvin Andren
196 Diamond Basin Rd.
Cody Wy
82414

July 25 2012

Clayton Crawford
11 Grande View Dr.
Cody, WY 82414

Honorable Raner Collins

Dear Honorable Raner Collins

  I am writing on behalf of my son Andrew Crawford who is before your court for sentencing for possession of child pornography.

  We as Andy's family were devastated upon learning of Andy's involvement in such behavior. Andy was raised to respect authority and to be upright in his thought life and behavior. We love our son very much but in no way condone Andy's involvement in possessing child pornography. We also recognize our failures and responsibility in Andy's life as his family.

  This has been so difficult to deal with as a family because this is so different from the son that we know and love. Andy was always very respectful and honest growing up. He was very kind to those he was around. He spent much of his time in the hobby of rocketry and was very interested in aeronautics. Andy began the hobby by building model rocket kits and eventually advanced to the point of designing and building functioning model rockets from scratch. He joined the Civil Air Patrol while in high school and joined the United States Air Force because there he was able to both serve his country and be involved in aeronautics. Except for this dark period in his life, Andy has lived his life in a way that has made me proud as his father.

  I know by conversations I have had with Andy and by letters that I have received from him that he is extremely remorseful for his actions. In discussing the need for counseling, Andy has been very receptive and I am confident that he will take whatever steps are necessary to reform his life. We, as his parents, are committed to getting Andy any help he needs to turn his life around. We have researched live in counseling programs that deal with sexual addiction and have been in contact with Reformers Unanimous in Rockford, Illinois. We understand that Andy will have a lot of hard work ahead of him to overcome his past mistakes and will need the support of his family and friends to have success. We understand the difficulties that lie ahead but will dedicate whatever we have at our disposal to insure that Andy again will be a man of character who is an asset to his community. We know that Andy has this same desire and will work to accomplish it.

  I thank you for your thoughtful consideration in this matter.

Respectfully

*[signature]*

Clayton Crawford

July 19, 2012

Jenna Crawford
11 Grande View Drive
Cody, WY  82414

Honorable Judge Raner Collins

Dear Honorable Raner Collins:

My name is Jenna Crawford and I am the mother of Andrew Crawford. I am married to Andy's father Clayton and Andy has two older brothers, both of which served in the military. I am writing on behalf of Andrew who faces sentencing for his possession of Child Pornography. It is important to me that you know how much I love and support my son. I do not condone the actions he has taken but I am his mother and I will always have unconditional love for him. I never would have thought he would ever get himself into such a horrible mess.

Andy has always been a very hard working, respectful and patriotic person. He has always had a love of science and worked hard to learn all he could. When Andy was in High School he found that our local town had a Civil Air Patrol club. He readily joined and always wished he would have known about the club sooner. He has always had a dream of working on planes or jets and he also loved aeronautics and building his own rockets. He loved sharing with others all he knew about these things. Then when he got accepted into the United States Air Force and he actually got the Crew Chief job he always dreamed of, he was so happy! I do not know where Andy got side tracked or involved with the pornography but I do know he is so sorry he did. He has made the statement to me that he had everything going for him. He had his dream job and he threw it all away. He wants only to pay for the wrong he has done. He has never fought the charges and he has owned up to his wrong and responsibility. He truly has a desire to go for counseling and then go forward and be a productive member of society. I know he is so sorry for participating in this activity of viewing the pornography. I have many regrets in raising our sons but as you know, I can't go back. I can only move forward and do all I can to help them through this. His father and I have found a live in counseling program in Rockford, IL that we would like to try and get Andy

into once he is released. They work with men with sexual addictions and we feel this would be very beneficial to him. It is called Reformers Unanimous if you would like to research it. Andy has shown to me a real heart change. In letters home he has urged his brothers and friend to always do right and that living for God is what brings true happiness. I would like to write just an excerpt of a letter we received from Andy since being in prison.

"I really do appreciate all of your love and support, and all the prayers from you and from the church. God is still working on me every day. I'm learning how to control my thoughts and truly rely on God for everything, including my safety and sanity. I am determined more than ever not to waste this experience, but to use it to build my character. Strength does not come without adversity and God's trials will only make us stronger."

I believe this really shows Andy's desire to do right and never go back and do these things again. If you would like to have a copy of the actual letters written home, I would be happy to provide them to you. Any other comments or questions you may wish to have addressed contact me by letter, by email: crawford@tritel.net or phone home: 307-587-5783 or mobile: 307-899-5783

Thank you so much Honorable Judge for your time and consideration of these things.

Sincerely,

*Jenna Crawford*

Jenna Crawford

# Wapiti Valley Church
## Assistant Pastor Joseph Hutcheson
3122 North Fork Highway
Cody, WY 82414
307-587-4789



To Whom It May Concern,

Please find enclosed a letter to Judge Collins on behalf of Andrew Crawford. I was asked to write this and send it to his lawyer who would pass it on to the judge.

Thanks so much!

Sincerely,

Pastor Joseph Hutcheson

"Jesus is the Answer"

# Wapiti Valley Church
## Assistant Pastor Joseph Hutcheson
3122 North Fork Highway
Cody, WY  82414
307-587-4789



Dear Honorable Raner Collins,                                              7-24-2012

I am writing on behalf of Andrew Crawford. As one of his Pastors for the last 5 ½ years, I am definitely concerned with his situation and want what is best for him. When all this came out in 2009, we were all shocked and horrified to find out what he had been involved in and immediately began to do what we could to help him. Obviously, Andy has a major problem that can only be fixed with time and the right kind of help. While getting him to a place where he can get this much needed help is desperately needed, I realize that he must also pay for what he has done. In no way will I condone what he has done or try to help him "get off easy" but I would ask that you consider the urgent need for him to get help.

When he was dealing with the same issues here locally in Wyoming, we asked the judge to allow part of his time to include a home (Reformer's Unanimous) in Illinois that deals with men with these types of issues. The judge was going to allow that possibility after he served at least 9-10 months. After he had served that time, we were moving towards getting him in the "home" but the decision was delayed because of the pending case there in Arizona. The judge then said if we heard nothing in the next 30 days, he would allow Andy to go to Illinois until word came from Arizona. On the day of his appearance at the end of those 30 days, he was told that he was going to be taken immediately to Arizona. Obviously, it wasn't meant for him to get in the "home" at that time but I still believe that the sooner we can get Andy there, the quicker he can be helped and begin to recover.

Again, I am not asking to let Andy off from paying for his crime, but I believe that Andy needs to get help as soon as possible. Please consider the plans of his parents, who have demonstrated over and over that they are willing to do whatever they need to do to help Andy get the help that he needs. Thank you for your time.

Sincerely,

Pastor Joseph Hutcheson



"Jesus is the Answer"

# Wapiti Valley Church

3122 North Fork Hwy Cody, WY 82414

**Pastor Bud Wells**
307-587-5409
bwells@tctwest.net

**Associate Joseph Hutcheson**
307-587-3681
jshutchesonwy@yahoo.com

July 25, 2012

Dear Honorable Raner Collins,

I am writing to you on behalf of Andrew Crawford. I am Bud Wells, pastor of Andy and his families' church.

I have known Andy since about 5th grade. Andy always attended our church regularly with his parents & siblings. He has always been respectful and had a good rapport with his peers and the adults in our community. We were all shocked to hear of this disturbing period in his life.

After his incarceration, I visited him in jail every other week for almost a year. It was during this time that I saw Andy come to his own understanding of the problems he has caused. In his own mind he cannot believe he stooped to where he is now, neither can people in our church who knew him. I gained some insight as to the 'slippery slope' that he descended. It started with casual browsing in high school to deeper darker viewing once in the Air Force. He has realized that he has an addiction and that he can't fix it by himself.

I, as a pastor, have dealt with several people who have had similar addiction and because they will always be an addict, must learn how to cope with and get victory over the addiction so they won't reoffend. I have recommended to Andy and his family professional counseling in a full time setting until he can get the victory in this area. Andy and the family have applied and he has been accepted to, Reformers International, a good facility.

Your Honor, I, as his pastor, will continue to make sure he is held accountable. I have explained this to Andy and he has agreed to do whatever I feel he should do to get free of this dreadful addiction. I know his family well and they understand the effort and consistency that we all have to do for Andy to get well and once again return to a productive citizen, once his time is served.

Thank you for your careful consideration, as we all want what is best for Andy's future.

*Bud Wells*
Sincerely, Bud Wells

Dear Honorable Raner Collins,                    July 20, 2012

My name is Trent Reed and I am pleased to write this letter to you on behalf of Andrew Crawford. Our family has been close friends with the Crawfords for over eight years now. We are members at the same church and we homeschooled our boys at the same time.

Our youngest son became very good friends with Andy while they were in high school and spent a lot of time with him and his family. We, as well as our son, was very shocked to hear of the trouble that Andy had gotten into. He was a very polite, good humored, and pleasant young man to be around. He has been raised in a good, solid Christian home, as well as in a solid Bible believing Church. His family continues to be a steadfast testimony of the Lord's grace through this and is doing everything they can to ensure that Andy will get the help and support that he needs.

My husband and I would not have let our son spend so much time with Andy if we had seen anything negative in his life.

We appreciate the opportunity to write on behalf of Andrew Crawford and pray for your careful consideration in this matter.

Sincerely,
Trent Reed

July 19, 2012

Jenna Crawford
11 Grande View Drive
Cody, WY  82414

Honorable Judge Raner Collins

Dear Honorable Raner Collins:

My name is Jenna Crawford and I am the mother of Andrew Crawford. I am married to Andy's father Clayton and Andy has two older brothers, both of which served in the military. I am writing on behalf of Andrew who faces sentencing for his possession of Child Pornography. It is important to me that you know how much I love and support my son. I do not condone the actions he has taken but I am his mother and I will always have unconditional love for him. I never would have thought he would ever get himself into such a horrible mess.

Andy has always been a very hard working, respectful and patriotic person. He has always had a love of science and worked hard to learn all he could. When Andy was in High School he found that our local town had a Civil Air Patrol club. He readily joined and always wished he would have known about the club sooner. He has always had a dream of working on planes or jets and he also loved aeronautics and building his own rockets. He loved sharing with others all he knew about these things. Then when he got accepted into the United States Air Force and he actually got the Crew Chief job he always dreamed of, he was so happy! I do not know where Andy got side tracked or involved with the pornography but I do know he is so sorry he did. He has made the statement to me that he had everything going for him. He had his dream job and he threw it all away. He wants only to pay for the wrong he has done. He has never fought the charges and he has owned up to his wrong and responsibility. He truly has a desire to go for counseling and then go forward and be a productive member of society. I know he is so sorry for participating in this activity of viewing the pornography. I have many regrets in raising our sons but as you know, I can't go back. I can only move forward and do all I can to help them through this. His father and I have found a live in counseling program in Rockford, IL that we would like to try and get Andy

into once he is released. They work with men with sexual addictions and we feel this would be very beneficial to him. It is called Reformers Unanimous if you would like to research it. Andy has shown to me a real heart change. In letters home he has urged his brothers and friend to always do right and that living for God is what brings true happiness. I would like to write just an excerpt of a letter we received from Andy since being in prison.

"I really do appreciate all of your love and support, and all the prayers from you and from the church. God is still working on me every day. I'm learning how to control my thoughts and truly rely on God for everything, including my safety and sanity. I am determined more than ever not to waste this experience, but to use it to build my character. Strength does not come without adversity and God's trials will only make us stronger."

I believe this really shows Andy's desire to do right and never go back and do these things again. If you would like to have a copy of the actual letters written home, I would be happy to provide them to you. Any other comments or questions you may wish to have addressed contact me by letter, by email: crawford@tritel.net or phone home: 307-587-5783 or mobile: 307-899-5783

Thank you so much Honorable Judge for your time and consideration of these things.

Sincerely,


Jenna Crawford

July 15, 2012

DEAR HONORABLE RANER COLLINS,

I am writing this letter with regards to the ANDREW CRAWFORD case. My name is Sherrie Frame. I am a 56 year old Wife, Mother, Grandmother and dental hygienist. I have known Andrew and his family since 2002. I have attended the same church as the Crawford's and I also work in the dental practice when Andy is a patient.

In all my interactions with Andy, I have found him to be a quiet, respectful young man. I have maintained contact with him during his incarceration via letters. I have been so impressed with his remorse and willingness to accept total responsibility. Both him and his family have taken this matter extremely seriously. I believe that Andy can and will be a productive member of society when he gets the counseling and support to deal with this problem. He has the total support of his immediate family as well as his church family.

Thank you for your service. It must be difficult to make decisions that can have such ramifications. I would not support Andy if I had any doubt as to his integrity.

Thank You in Advance,

Sherrie Frame

bkskinsonly@yahoo

Dear Honorable Raner Collins,

My name is Shirley Benson. Andrew Crawford is my beloved grandson; of whom I would never believe could find himself in such a mess.

Andy was raised in a Christian home. Went to Sunday school and Church his whole life, as long as he was at home.

He went to Park Christian School until grade nine. Then was home schooled through Pensacola Christian Accadamy. All this time I never knew of any perverseness in Andy's life.

I knew him as a good, kind and helpful grandson who helped me in many ways.

His intrest has always been planes and rockets. So it didn't surprise me when he joined the Air Force.

I will never understand how he could change so much. I know we still love him and will try in every way to get him the help he needs.

I pray for Andy every day and know from his letters he is sorry and wants to do what it takes to make a good life out of a bad mistake.

Thank you for listening and pray it will help in his sentencing.

Sincerely,
Shirley Benson